FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA11-441M |
| Anush Davtyan  DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _Defendant's counsel_____, IT IS ORDERED that a detention hearing is set for _September 8,_____, _2011_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _9/2/11_____

MARC L. GOLDMAN
U.S. ~~District Judge~~/Magistrate Judge